UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 12-cr-20810-1
    Hon. Matthew F. Leitman

KEYUAN DEWAYNE GASTON,

    Defendant.

_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR EARLY RELEASE (ECF No. 32)

On May 22, 2020, Defendant Keyuan Dewayne Gaston filed a Motion for Early Release (ECF No. 23). Gaston's Motion was entered on the Court's docket on June 23, 2020. On June 26, 2020, the Government provided the Court with documentation indicating that Gaston was released to home confinement on May 29, 2020 – one week after he filed the currently pending motion.

Accordingly, the Court **DENIES AS MOOT** Defendant's Motion for Early Release (ECF No. 32).

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2020

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
